SUMMERS, J., is of the opinion the writ should be granted for the reasons assigned by the District Court.

DIXON, J., is of the opinion that the writ should be granted.

259 So.2d 910

**EVANGELINE PARISH SCHOOL BOARD**

**v.**

**Carol ARDOIN, d/b/a Kim's Station and Kimbell Petroleum Company, et al.**

**No. 52331.**

April 3, 1972.

There is not a compliance with the rules of this Court. Rule XII, Sec. 7, p. 25.